

GARY ADELMAN
PARTNER
G@ADELMANMATZ.COM
DIR: (646) 650-2198

July 8, 2019

**VIA ECF**
Hon. Judge Edward G. Smith
United States District Court
Eastern District of Pennsylvania
The Holmes Building, 4th Floor
Easton, Pennsylvania 18042

Re:   *Alec Tabak v. Idle Media, Inc.* **(5:19-cv-01432-EGS)**

Hon. Judge Smith:

    We represent defendant Idle Media, Inc. ("Defendant") in the above-referenced action. We write pursuant to Rule I.B of Your Honor's Policies and Procedures. We are pleased to report that the parties have reached a tentative agreement that resolves all of plaintiff, Alec Tabak's, ("Plaintiff") claims in this action (the "Agreement").

    Defendant respectfully requests that the Court order a dismissal, with prejudice, pursuant to Local Rule 41.1(b) in this action in order for the parties to finalize the Agreement. The Defendant further requests that the dismissal be conditioned upon the full execution and implementation of the Agreement within the ninety (90) days Local Rule 41.1(b) allows and that this Court maintain jurisdiction during that period of time.

    We greatly appreciate the Court's time and consideration, and should Your Honor need any further information, we are available at the Court's convenience.

Respectfully Submitted,

ADELMAN MATZ P.C.

Gary Adelman, Esq.

Cc:   Counsel of Record (*via ECF*)

ADELMAN MATZ P.C.
PHONE: (646) 650-2207 • FAX: (646) 650-2108
MAILING:
1173A SECOND AVENUE, SUITE 153
NEW YORK, NEW YORK 10065
OFFICE:
780 THIRD AVENUE, 14TH FLOOR
NEW YORK, NEW YORK 10017